AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSEPH GAGE SLONE | ) | Case No. |
| | ) | 5:22-MJ-5355-MAS |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 29, 2022___ in the county of ___Fayette___ in the ___Eastern___ District of ___Kentucky___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(n) | Receipt of a Firearm by a Person Under Indictment |

This criminal complaint is based on these facts:

See attached affidavit of FBI SA Isaac Robison

☑ Continued on the attached sheet.

___/s/ Isaac Robison___
*Complainant's signature*

Isaac Robison, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___09/30/2022___

*Judge's signature*

City and state: ___Lexington, KY___     Matthew A. Stinnett, U.S. Magistrate Judge
*Printed name and title*