**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>**

I, Isaac Robison, your affiant, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (hereafter FBI) and have been since May 2019. As such, I am a federal law enforcement officer authorized to investigate violations of federal law. I have attended basic training regarding all FBI investigations, to include violent crime, located at the FBI Academy at Quantico, Virginia. In March 2022, I attended training concerning violent criminal gangs at the Mid-Atlantic Regional Gang Investigators Network in Baltimore, MD. My current assignment is to investigate violations of federal laws ranging from Civil Rights to violent crime and gangs in the Louisville Division of the FBI, Lexington Resident Agency.

2. The statements contained in this Affidavit are based, in part, on information I have learned through my own investigation, experience, and background as an FBI Special Agent. The statements contained herein are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. The information contained herein is not meant to include every detail of every aspect of his investigation, but to provide sufficient information to establish probable cause for the issuance of a Criminal Complaint and arrest warrant for JOSEPH GAGE SLONE.

3. There is probable cause to believe JOSEPH GAGE SLONE violated federal law by:

1

a.  It shall be unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce, in violation of 18 U.S.C. §922(n).

4.  On August 31, 2021, SLONE was indicted in Fayette Circuit Court with one count of Receiving Stolen Property Under $10,000, a violation of KRS 514.110, a felony offense under Kentucky state law. SLONE appeared for his arraignment on the felony indictment in Fayette Circuit Court on September 17, 2021, Case No. 21-CR-00922. At the time of this affidavit, SLONE is still under indictment and awaiting trial on that felony matter.

5.  On September 28, 2022, officers with the Lexington Police Department (LPD) obtained a search warrant for the premises at 3500 Laredo Dr., Apt. 113, Lexington, KY, as well as the person of SLONE who was believed to be staying there. SLONE had multiple outstanding state arrest warrants for Trafficking Marijuana (8oz to 5lbs) Enhanced with Firearm, Tampering with Physical Evidence, Receiving Stolen Property (Firearm), Fleeing Evading Police 2nd (On Foot), Failure to Appear on Receiving Stolen Property (Under $10,000) and two counts of Violation Conditions of Release.

6. On September 29, 2022, LPD executed the search warrant at 3500 Laredo Dr., Apt 113.  Upon entry, SLONE was located within the residence. SLONE advised law enforcement that he was aware why police were at the residence and then admitted that he was in possession of a "Draco" style firearm that he kept in the back bedroom closet. SLONE also advised that he was in possession of a quantity of marijuana that was being kept in a backpack in the bathroom.

7. Consistent with SLONE's admission, officers located a Romarm/Cugir Micro Draco pistol in the back bedroom closet of the apartment. The Draco had a 30-round magazine loaded

with 12 7.62x39mm rounds. On September 30, 2022, Special Agent Ryan Caudill with the Bureau of Alcohol, Tobacco, Firearms, and Explosives reviewed photographs of the Romarm/Cugir Micro Draco pistol with serial number, PMD-05242-17 RO. SA Caudill is a Certified Interstate Nexus Expert with ATF. According to SA Caudill, the firearm was manufactured outside the state of Kentucky and, therefore, had travelled in interstate commerce prior to the Defendant's possession. Officers also located the aforementioned marijuana in the bathroom.

8. SLONE was interviewed by your affiant after his arrest. During the interview, SLONE admitted that the Draco was his and that he purchased it from an undisclosed individual approximately a month earlier in August 2022. SLONE further stated that he had been "on the run" for months as he knew that he had active warrants for his arrest. SLONE also advised that he had been attending his court dates for his charge of receiving stolen property, but he also admitted that he had not been complying recently because he was afraid he would be arrested on his other warrants.

9. Your affiant also interviewed SLONE's girlfriend and the mother of his children, Maria Ramirez-Cruz. Ramirez-Cruz stated that the Draco pistol belonged to SLONE and that he purchased it from an unknown white male via Facebook in August 2022. Ramirez-Cruz stated that SLONE sold marijuana and occasionally sold firearms to make money but that he did not tell her many details of his affairs. Ramirez-Cruz also stated that SLONE had been attending court dates on previous charges and that he knew he had active warrants for his arrest.

10. Based on all the information contained above, your affiant has probable and reasonable cause to believe that **JOSEPH GAGE SLONE** has committed a federal offense in

3

violation of 18 U.S.C. § 922(n) relating to any person who receives any firearm or ammunition who is under indictment.

11.    I state that the above information is true and correct to the best of my knowledge, and requests that this Criminal Complaint and corresponding arrest warrant be issued.

/s/ Isaac W. Robison

Isaac W. Robison, Special Agent
Federal Bureau of Investigation

Transmitted via email and attested to by telephone in accordance with Fed. R. Crim. P. 4.1 on this __30__ day of September, 2022.

Honorable Matthew A. Stinnett
United States Magistrate Judge
Eastern District of Kentucky

4