Eastern District of Kentucky
F I L E D

DEC 01 2022

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

**UNITED STATES OF AMERICA**

**V.**                                          INDICTMENT NO. 5:22-CR-144-KKC-MAS

**JOSEPH GAGE SLONE**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(n)

On or about September 29, 2022, in Fayette County, in the Eastern District of Kentucky,

**JOSEPH GAGE SLONE,**

knowing that he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Receiving Stolen Property Under $10,000, a violation of Kentucky Revised Statute 514.110, did willfully receive a firearm, that is, a Romarm/Cugir, Model: Micro Draco, Cal.: 7.62x39 mm, pistol, SN: PMD-05242-17, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(n).

### COUNT 2
### 18 U.S.C. § 922(g)(3)

On or about September 29, 2022, in Fayette County, in the Eastern District of

Kentucky,

**JOSEPH GAGE SLONE,**

knowing he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802,

did knowingly possess a firearm, to wit: a Romarm/Cugir, Model: Micro Draco, Cal.:

7.62x39 mm, pistol, SN: PMD-05242-17, that was in and affecting interstate commerce all

in violation of 18 U.S.C. § 922(g)(3).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)
### 28 U.S.C. § 2461

1. By virtue of the commission of the offenses alleged in Counts 1 and 2 of this

Indictment, **JOSEPH GAGE SLONE** shall forfeit to the United States any and all firearms

and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C.

§§ 922(g)(3) and (n). Any and all interest that **JOSEPH GAGE SLONE** has in this

property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and

28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

## FIREARMS AND AMMUNITION:

1) Century Arms International, Model: Micro Draco, Cal.: 7.62x39 mm, SN: PMD-05242-17-RO; and

2) Twelve (12) rounds of 7.62x39 mm caliber ammunition

A TRUE BILL

FOREPERSON

---
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**        Not more than 5 years imprisonment, a fine of not more than $250,000, and not more than 3 years.

**COUNT 2:**        Not more than 15 years imprisonment, a fine of not more than $250,000, and not more than 3 years supervised release.

                **If armed career criminal:** Not less than 15 years imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:**        Forfeiture of all listed property.

**PLUS:**        Mandatory special assessment of $100 per count.

**PLUS:**        Restitution, if applicable