**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 22-CR-00144-KKC**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

V.        **ORDER GRANTING MOTION OF UNITED STATES**
          **FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**JOSEPH GAGE SLONE**                                                    **DEFENDANT**

\* \* \* \* \*

On December 1, 2022, the federal grand jury indicted the Defendant, JOSEPH GAGE SLONE for federal violations of 18 U.S.C. § 922(n), receipt of a firearm while under indictment, and 18 U.S.C. § 922(g)(3), possession of a firearm by an unlawful user of a controlled substance. SLONE is now confined at the Fayette County Detention Center in Lexington, Kentucky, awaiting trial for violations of Kentucky law. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer for the Lexington County Detention Center to deliver SLONE to the United States Marshal so that he may be brought before this Court for the arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1) the Motion of the United States for a writ of habeas corpus ad prosequendum [DE 11] is GRANTED;