**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 22-144-KKC**
**(Civil Action No. 26-236)**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **RESPONSE OF UNITED STATES TO SLONE'S MOTION TO VACATE**

**JOSEPH GAGE SLONE** **DEFENDANT**

* * * * *

Slone is entitled to relief. On June 18, 2026, the Supreme Court held that 18 U.S.C. § 922(g)(3)'s prohibition on firearm possession by unlawful users of controlled substances violated the Second Amendment as applied to a frequent user of marijuana who possessed a firearm in his home. *United States v. Hemani*, 146 S.Ct. 1677, 1693-94 (2026). Although the ruling in *Hemani* was "narrow" and does not apply to most defendants, *see id.* at 1693, it applies to Slone based on the facts and circumstances of his case. In 2023, Slone pleaded guilty to possession of a firearm as an unlawful drug user pursuant to a plea agreement. [R. 54: Colloquy, TR (Rearraignment) at 292, 305-06.] As a basis for the plea, Slone admitted that he was an unlawful and regular user of marijuana when he possessed a firearm inside his residence. [R. 30: Plea Agreement at 142 (¶ 3).] *Hemani* announced a new rule for purposes of collateral review, and it is also

a substantive one. *See Saffle v. Parks*, 494 U.S. 484, 488 (1990); *Teague v. Lane*, 489 U.S. 288, 301 (1989) (plurality opinion); *Schriro v. Summerlin*, 542 U.S. 348, 352 (2004). Given the similarity between the record facts here and the facts in *Hemani*, Slone is entitled to relief. Slone's § 2255 motion should be granted, and his conviction and sentence should be vacated.

## CONCLUSION

Slone's § 2255 motion should be granted, and his conviction and sentence should be vacated.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES ATTORNEY

CHARLES P. WISDOM JR.
CHIEF, APPELLATE DIVISION

By: s/ Amanda Harris Huang
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4874
Amanda.HarrisHuang@usdoj.gov

**CERTIFICATE OF SERVICE**

On August 12, 2026, I electronically filed this document through the ECF system, and I mailed this document to:

Joseh Gage Slone
Reg. No. 68862-510
FCI Beaumont Medium
P.O. Box 26040
Beaumont, Texas 77720
*Pro se Defendant*

s/ Amanda Harris Huang
Assistant United States Attorney