**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**JOSEPH GAGE SLONE,**<br>**Defendant.** | **CASE NO. 5:22-CR-144-KKC-CJS**<br>**5:26-CV-236-KKC-CJS**<br><br>**ORDER** |

This matter is before the Court on Defendant Joseph Gage Slone's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("Motion to Vacate") (R. 64). Slone pleaded guilty to possession of a firearm by a user of a controlled substance under 18 U.S.C. § 922(g)(3) (R. 31). He was sentenced to 72 months imprisonment (R. 47). Slone's motion states that his conviction and sentence violate the Constitution and laws of the United States based on the recent Supreme Court decision, *United States v. Hemani*, 608 U.S. 772 (2026) (holding § 922(g)(3) unconstitutional as applied to the facts presented).

In its Response, the Government stated, "Slone's § 2255 Motion should be granted, and his conviction and sentence should be vacated." (R. 69, at 2). The magistrate judge has entered a recommendation that, based on *Hemani*, Slone's Motion to Vacate should be granted and that his conviction and sentence be vacated. Moreover, the Cort has reviewed the recommendation and is persuaded by the analysis.

Accordingly, the Court hereby **ORDERS** that Slone's Motion to Vacate (R. 64) is **GRANTED** and that his conviction and sentence are hereby vacated. A judgment consistent with this order and the report and recommendation will be entered.

September 22, 2026.

**Signed By:**

***Karen K. Caldwell***

**United States District Judge**