**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOSEPH GAGE SLONE,**

**Defendant.**

**CASE NO. 5:22-CR-144-KKC-CJS**
**5:26-CV-236-KKC-CJS**

**JUDGMENT**

In accordance with the order entered on this date, the Court hereby **ORDERS** and **ADJUDGES** as follows:

(1) the report and recommendation (R. 70) is **ADOPTED** as the Court's opinion;

(2) Defendant Joseph Gage Sloe's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 is **GRANTED**;

(3) this judgment is **FINAL** and **APPEALABLE**; and

(4) this matter is **STRICKEN** from the Court's active docket.

September 22, 2026.




**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**