**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 22-144-KKC**
**(Civil Action No. 26-236)**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**NOTICE**

**V.**

**JOSEPH GAGE SLONE** **DEFENDANT**

* * * * *

On June 30, 2026, Slone filed a motion pursuant to 28 U.S.C. § 2255 [R. 64] arguing that his conviction and sentence violated the Constitution and laws of the United States following the Supreme Court's decision in *United States v. Hemani*, 608 U.S. 772 (2026). In response, the United States agreed that Slone's motion should be granted and that his conviction and sentence should be vacated. [R. 69.] The Court subsequently agreed and granted Slone's motion. [R. 71 and 72.] In addition, the Court ordered the United States to file any objections to Slone's anticipated release. [R. 73.]

Therefore, in response and consistent with the United States's position on Slone's original motion, the United States gives notice that it has no objections to the Court's anticipated order releasing Slone from confinement.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: s/ Francisco J. Villalobos II
Assistant United States Attorney
260 W. Vine Street, Suite 300

Lexington, Kentucky 40507-1612
(859) 685-4896
Francisco.Villalobos@usdoj.gov

CERTIFICATE OF SERVICE

On September 25, 2026, I electronically filed this motion through the ECF system, and I mailed this motion to:

Joseph Gage Slone
Reg. No. 68862-510
FCI Beaumont
P.O. Box 26040
Beaumont, Texas 77720
*Pro Se Defendant*

s/ Francisco J. Villalobos II
Assistant United States Attorney