**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOSEPH GAGE SLONE,**

**Defendant.**

**CASE NO. 5:22-CR-144-KKC-CJS**
**5:26-CV-236-KKC-CJS**

**ORDER**

This matter is before the Court on Defendant Joseph Gage Slone's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("Motion to Vacate") (R. 64). The Court granted Slone's Motion to Vacate (R. 72) on September 22, 2026, and the United States has filed a Notice stating they have no objections to releasing Slone (R. 74).

Accordingly, the Court **ORDERS** Defendant Joseph Gage Slone to be released from detention immediately. The Clerk of the Court SHALL:

(1) Email this Order and a copy of the Judgment (R. 72) to the Warden of the FCI Beaumont Medium federal correctional institution at **BMX-ExecAssistant-S@bop.gov**.

(2) Mail this Order and a copy of the Judgment (R. 72) to:

Warden
FCI Beaumont Medium
Federal Correctional Institution
P.O. Box 26045
Beaumont, TX 77720

September 28, 2026.

**Signed By:**
***Karen K. Caldwell***
**United States District Judge**